Paltrow Pipe & Steel Corporation, Appellant, v. Marubeni-Iida (America), Inc., Respondent.—

Christ, P. J., Rabin, Hopkins, Munder and Martuscello, JJ., concur.